373 U.S. 241 (1963)
ABERNATHY ET AL.
v.
CARPENTER, DIRECTOR OF REVENUE FOR MISSOURI.
No. 905.
Supreme Court of United States.
Decided May 13, 1963.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI.
Stanford S. Meyer for appellants.
Thomas F. Eagleton, Attorney General of Missouri, and Robert D. Kingsland and Albert J. Stephan, Jr., Assistant Attorneys General, for appellee.
PER CURIAM.
The motion to affirm is granted and the judgment is affirmed.